UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

**Norfolk Division**

| | |
|---|---|
| BASF PLANT SCIENCE, LP, | ) |
| Plaintiff, | ) |
| v. | ) |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | ) |
| Defendant | ) |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, GRAINS RESEARCH AND DEVELOPMENT CORP., AND NUSEED PTY LTD., | ) C.A. No. 2:17-CV-503-HCM-LRL |
| Plaintiffs-Counterclaimants, | ) |
| v. | ) |
| BASF PLANT SCIENCE, LP, AND CARGILL, INC., | ) |
| Defendants-Counterdefendants. | ) |

**COUNTERCLAIM DEFENDANT
CARGILL, INCORPORATED'S MOTION TO DISMISS**

Counterclaim Defendant Cargill, Incorporated ("Cargill"), by and through the undersigned counsel, respectfully files this Motion to Dismiss the counterclaims filed by Commonwealth Scientific and Industrial Research Organisation, Grains Research and

4828-4472-5881, v. 1

Development Corp., and Nuseed PTY LTD., for Lack of Personal Jurisdiction and Improper Venue pursuant to Rule 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure.  For the reasons stated in the Memorandum of Law filed contemporaneously herewith, Cargill respectfully requests that this Honorable Court grant the instant Motion, dismiss all Counterclaims filed against Cargill in their entirety, and award such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        CARGILL, INCORPORATED
        By Counsel

        _____/s/_____
        Jeffrey S. Poretz, Esquire
        Virginia Bar No. 38529
        jporetz@milesstrockridge.com
        Carl R. Schwertz, Esquire
        Virginia Bar No. 27399
        cschwertz@milesstockbridge.com
        MILES & STOCKBRIDGE P.C.
        1750 Pinnacle Drive, Suite 1500
        Tysons Corner, Virginia 22102-3833
        Telephone number (703) 903-9000
        Facsimile Number: (703) 610-8686

        and

        Robert J. Gilbertson, *admitted pro hac vice*
        Kathryn N. Hibbard, *admitted pro hac vice*
        Sybil L. Dunlop, *admitted pro hac vice*
        GREENE ESPEL PLLP
        222 S. Ninth Street, Suite 2200
        Minneapolis, MN  55402
        bgilbertson@greeneespel.com
        khibbard@greeneespel.com
        sdunlop@greeneespel.com
        (612) 373-0830
        *Counsel for Counterclaim Defendant Cargill, Incorporated*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 31st day of October, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_____/s/_____<br>
Jeffrey S. Poretz

4828-4472-5881, v. 1