## UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

### Wednesday, October 16, 2019

**MINUTES OF PROCEEDINGS** IN ____Open Court____
**PRESENT**: THE HONORABLE ____Henry Coke Morgan, Jr., Senior United States District Judge____
Courtroom Deputy: __Lori Baxter__
Law Clerk: __Josh Lang__                                Reporter: __Carol Naughton, OCR__

| Set: 10:00 a.m. | Started: 10:20 a.m. | Ended: 5:20 p.m. |
|---|---|---|

Case No.  2:17cv503

BASF Plant Science, LP
BASF Plant Science GMBH

v.

Commonwealth Scientific and Industrial Research Organisation (CSIRO)
Grains Research and Development Corporation (GRDC)
Nuseed Pty Ltd
Cargill, Inc.

Appearances:   Nathaniel T. Connally, III, Anna K. Shaw, Ernest Yakob, Thomas B. Hunt and Arlene L. Chow for BASF.    Daniel A. Zaheer, Jonathan E. Barbee, Harley West, and Rebecca Mangold for CSIRO.    Miranda Jones and Megan Mon-Ting Luh for GRDC.    Lawrence M. Sung and Teresa Summers for Nuseed.    Ahmed Davis, Daniel R. Gopenko, Christopher R. Dillon, and Elizabeth Flanagan for Cargill.    Richard H. Ottinger for all Defendants.

Day 1 – jury trial.    Jurors appeared as summoned and were sworn on their voir dire.    Twelve (12) jurors were impaneled and sworn to try the issues.    Jurors not selected excused subject to recall.    Jurors received a copy of the patents in this case and watched a video on the processing of a patent.    Opening statements heard.    Motion to separate witnesses GRANTED.    CSIRO, GRDC, and Nuseed began presentation of evidence.    Jury excused and directed to return on Thursday, October 17, 2019 at 10:00 a.m.    The Court cleared the courtroom and conducted an *in camera* examination of Dr. Denis Murphy.    The transcript of this examination is to be SEALED.    Court adjourned.

Lunch:    1:00-2:10 p.m.