UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

**Norfolk Division**

| | |
|---|---|
| BASF PLANT SCIENCE, LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COMMONWEALTH SCIENTIFIC AND ) | |
| INDUSTRIAL RESEARCH ) | |
| ORGANISATION, ) | |
| ) | |
| Defendant. ) | C.A. No. 2:17-CV-503-HCM |
| ) | |
| COMMONWEALTH SCIENTIFIC AND ) | JURY TRIAL DEMANDED |
| INDUSTRIAL RESEARCH ) | |
| ORGANISATION, GRAINS RESEARCH ) | |
| AND DEVELOPMENT CORP., AND ) | |
| NUSEED PTY LTD., ) | |
| ) | |
| Plaintiffs-Counterclaimants, ) | |
| ) | |
| v. ) | |
| ) | |
| BASF PLANT SCIENCE, LP, AND ) | |
| CARGILL, INCORPORATED, ) | |
| ) | |
| Defendants- ) | |
| Counterdefendants, ) | |
| ) | |
| BASF PLANT SCIENCE GMBH, ) | |
| ) | |
| Counter-Counterclaimant. ) | |
| ) | |

**PROPONENTS' MOTIONS FOR JUDGMENT AS A MATTER OF LAW AND A NEW TRIAL UNDER FED. R. CIV. P. 50(B) AND 59**

Commonwealth Scientific and Industrial Research Organisation ("CSIRO"), Grains Research and Development Corporation ("GRDC"), and Nuseed Pty. Ltd. ("Nuseed") (collectively, "Proponents"), by their undersigned counsel, move the Court to enter a new judgment as a matter of law or grant a new trial in favor of Proponents on the following two issues:

- BASF Plant Science LP's ("BASF") claim of ownership of U.S. Patent No. 9,994,792 ("'792 Patent" or "Group B patent") under the Materials Transfer and Evaluation Agreement; and
- The invalidity of claim 1 of U.S. Patent No. 10,125,084 ("'084 Patent" or "Group E patent") for lack of written description.

In support of these motions, Proponents incorporate by reference the supporting memorandum filed contemporaneously herewith.

DATED: January 21, 2020                    Respectfully submitted,

/s/ Richard Ottinger
Richard Ottinger (Virginia Bar #38842)
rottinger@vanblacklaw.com
Vandeventer Black LLP
101 West Main Street
500 World Trade Center
Norfolk, VA 23510
Telephone:  (757) 446-8600
Facsimile:  (757) 446-8670

Michael Ng (Admitted *Pro Hac Vice*)
michael.ng@kobrekim.com
Daniel Zaheer (Admitted *Pro Hac Vice*)
daniel.zaheer@kobrekim.com
Michael M. Rosen (Admitted *Pro Hac Vice*)
michael.rosen@kobrekim.com
Hartley M.K. West (Admitted *Pro Hac Vice*)
hartley.west@kobrekim.com
Kobre & Kim LLP
150 California Street, 19th Floor
San Francisco, California 94111
Telephone:  (415) 582-4800
Facsimile:  (415) 582-4811

Rebecca G. Mangold (Admitted *Pro Hac Vice*)
rebecca.mangold@kobrekim.com
Jonathan E. Barbee (Admitted *Pro Hac Vice*)
jonathan.barbee@kobrekim.com
Alexa Pearlman (Admitted *Pro Hac Vice*)
alexa.pearlman@kobrekim.com
George Stamatopolous (Admitted *Pro Hac Vice*)
george.stamatopolous@kobrekim.com
Kobre & Kim LLP
800 3rd Ave
New York, NY 10022
Telephone:  (212) 488-1200
Facsimile:  (212) 488-1220

Kimberly P. Cole (Admitted *Pro Hac Vice*)
kimberly.cole@kobrekim.com
Hugham Chan (Admitted *Pro Hac Vice*)
hugham.chan@kobrekim.com
Kobre & Kim LLP
1919 M Street, NW
Washington, DC 20036
Telephone:  (202) 664-1900
Facsimile:  (202) 664-1920

Matthew I. Menchel (Admitted *Pro Hac Vice*)
matthew.menchel@kobrekim.com
Laura M. Gonzalez (Admitted *Pro Hac Vice*)
laura.gonzalez@kobrekim.com
Kobre & Kim LLP
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
Telephone:  (305) 967-6100
Facsimile:  (305) 967-6120

*Attorneys for Counterclaimant Commonwealth Scientific and Industrial Research Organisation*

Miranda Jones (Admitted *Pro Hac Vice*)
mirandajones@porterhedges.com
Andrew B. Raber (Admitted *Pro Hac Vice*)
araber@porterhedges.com
Megan Mon-Ting Luh (Admitted *Pro Hac Vice*)
mluh@porterhedges.com
Jonna N. Summers (Admitted *Pro Hac Vice*)

2

jsummers@porterhedges.com
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone:  (713) 226-6000
Facsimile:  (713) 226-1331

*Attorneys for Counterclaimant Grains Research and Development Corporation*

Lawrence M. Sung (Admitted *Pro Hac Vice*)
lsung@wileyrein.com
Teresa Summers (Admitted *Pro Hac Vice*)
tsummers@wileyrein.com
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
Telephone:  (202) 719-7000
Facsimile:  (202) 719-7049

*Attorney for Counterclaimant Nuseed Pty. Ltd.*

4

**Certificate of Service**

      I hereby certify that on January 21, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      /s/ *Richard Ottinger*
Richard Ottinger
Virginia Bar Number: 38842
rottinger@vanblacklaw.com
Vandeventer Black LLP
101 West Main Street
500 World Trade Center
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670

*Counsel for Counterclaimants*