\#

# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Tuesday, May 5, 2020

**MINUTES OF PROCEEDINGS IN**     via Norfolk Remote
**PRESENT**: THE HONORABLE    Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy:  Lori Baxter
Law Clerk:   Brandan Goodwin                                   Reporter:   Carol Naughton, OCR

| Set: 2:30 p.m. | Started: 2:40 p.m. | Ended: 4:25 p.m. |
|---|---|---|
| Case No.  2:17cv503 | | |
| | | |
| BASF Plant Science, LP<br>BASF Plant Science GMBH<br><br>                v.<br><br>Commonwealth Scientific and Industrial Research Organisation (CSIRO)<br>Grains Research and Development Corporation (GRDC)<br>Nuseed Pty Ltd<br>Cargill, Inc. | | |
| | | |
| Appearances:     Nathaniel T. Connally, III, Anna K. Shaw, Ernest Yakob, Thomas B. Hunt, Nitya Anand, Takashi Okuda, and Arlene L. Chow for BASF.    Daniel A. Zaheer and Michael K. Ng for CSIRO.    Miranda Jones for GRDC.    Lawrence M. Sung for Nuseed.    Ahmed J. Davis, Daniel R. Gopenko, Christopher R. Dillon and Elizabeth Flanagan for Cargill.    Richard H. Ottinger and Jennifer L. Eaton for all Defendants. | | |
| | | |
| Came on for hearing on [[850] MOTION for Judgment as a Matter of Law *Under Fed. R. Civ. P. 50(b) OR, in the Alternative, for a New Trial Pursuant to Rule 59(a)* and [852] MOTION for Judgment as a Matter of Law *AND A NEW TRIAL UNDER FED. R. CIV. P. 50(B) AND 59*.    Arguments of counsel.    Comments of Court.    For the reasons stated on the record, the Court DENIED the motions.    As the Court's opinion was stated on the record, the written opinion will set out the rationale for the ruling in more detail.    Court adjourned. | | |