NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BASF PLANT SCIENCE, LP,**
*Plaintiff-Appellant*

v.

**COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION,**
*Defendant-Cross-Appellant*

---

**COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, GRAINS RESEARCH AND DEVELOPMENT CORPORATION, NUSEED PTY LTD.,**
*Plaintiffs-Counterclaimants-Cross-Appellants*

v.

**BASF PLANT SCIENCE, LP, CARGILL, INC.,**
*Defendants-Counterdefendants-Appellants*

**BASF PLANT SCIENCE GMBH,**
*Counter-Counterclaimant-Appellant*

_____

2020-1415, -1416, -1919. -1920
_____

2    BASF PLANT SCIENCE, LP v. COMMONWEALTH SCIENTIFIC

Appeals from the United States District Court for the Eastern District of Virginia in No. 2:17-cv-00503-HCM-LRL, Senior Judge Henry C. Morgan, Jr.

_____

## ORDER

Upon consideration of the parties' response to the court's September 23, 2020 order,

IT IS ORDERED THAT:

1) These appeals are reactivated.

2) The appellants' opening brief is due no later than December 21, 2020.

FOR THE COURT

October 21, 2020      /s/ Peter R. Marksteiner
Date                  Peter R. Marksteiner
                        Clerk of Court

s25